

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00065-CV

Abelardo **GONZALEZ**,
Appellant

v.

The Honorable Jose A. **LOPEZ**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017FLI001815C3
Honorable Missy Medary, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 7, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court